# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1862
LT Case No. 2000-CF-000803-A

_____

ANTHONY J. AKINS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Anthony J. Akins, Graceville, pro se.

No Appearance for Respondent.

September 13, 2024

PER CURIAM.

This Court previously affirmed Petitioner's direct appeal and thereafter, affirmed several postconviction appeals filed in this Court stemming from Putnam County Circuit Court Case No. 2000-CF-000803-A. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions such as a bar on pro se filings in this Court and referral to prison

officials for disciplinary proceedings, which may include forfeiture of gain time.  *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).  Moreover, the Petition for Writ of Habeas Corpus, filed July 8, 2024, is dismissed with prejudice.  *See Richardson v. State*, 918 So. 2d 999, 1002–03 (Fla. 5th DCA 2006).

PETITIONER WARNED; PETITION DISMISSED with PREJUDICE.

JAY, SOUD, and MACIVER, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

2